No. 356. STATE COMMISSION OF REVENUE AND TAXATION OF KANSAS *v.* GENERAL MOTORS CORP. ET AL. Supreme Court of Kansas. Certiorari denied. *Frank G. Theis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *H. Eugene Heine, Jr.* for the United States, and *Henry M. Hogan* and *Donald K. Barnes* for the General Motors Corporation, respondents.

No. 357. AMERICAN LIFE & ACCIDENT INSURANCE CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 8th Cir. Certiorari denied. *A. Alvis Layne, Jr., T. S. L. Perlman* and *Kenneth Teasdale* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 358. DE FONCE CONSTRUCTION CO., INC., ET AL. *v.* CITY OF MIAMI FOR USE AND BENEFIT OF COMPLETE MACHINERY & EQUIPMENT CO., INC. C. A. 5th Cir. Certiorari denied. *Sidney O. Raphael* for petitioners. *Harry Grossman* for respondent.

No. 359. MIDWEST MOTOR EXPRESS, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Joseph A. Maun* and *Ronald S. Hazel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Morton K. Rothschild* for respondent.

No. 343. COOPER, ADMINISTRATRIX, *v.* R. J. REYNOLDS TOBACCO Co. Motion for leave to amend petition granted. Petition for writ of certiorari to the United